IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00431-WYD-KLM

JON OCANA,

    Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company, d/b/a NATIONAL RECOVERY AGENCY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

In accordance with the Notice of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 7), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated this 30th day of March, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE